IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JERRY FRANKLIN PARKS,
Reg. #09825-076                                                                                    PLAINTIFF

v.                               Case No. 2:17-cv-00028-KGB/JJV

GENE BEASLEY,
Warden, FCI – Forrest City Low                                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed.

Dated this the 8th day of November, 2017.

_____
Kristine G. Baker
United States District Judge